# EXHIBIT 7

**Exhibit : U.S. Patent No. 8,420,257 – EVE 29V**

This claim chart shows how each element of the independent claim of U.S. Patent No. 8,420,257 ("the '257 Patent") is met by the EVE 29V battery cell ("EVE 29V"), either literally or under the doctrine of equivalents. The materials referenced, and the citations, are merely exemplary and are not exhaustive. LGES reserves the right to rely on different or additional sources and/or different or additional citations to sources that further illustrate infringement. The evidence of infringement provided below is representative in nature and subject to change as discovery commences, including expert discovery. Further, the Court has not yet construed certain claim terms of the '257 patent. Accordingly, LGES also expressly reserves the right to supplement or amend its claim charts as discovery progresses.

| Claims | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]. A cap assembly comprising** | The EVE 29V has a cap assembly.<br><br><br><br>As shown below, the cross-sectional image and teardown image show the cap assembly. |

1

| | |
|---|---|
| |  CT-scanned image of the cross-section of EVE 29V (annotations added).  Teardown image of EVE 29V (annotations added). |
| **1[a]. a main gasket surrounding the outer** | The EVE 29V has a main gasket surrounding the outer circumference of a safety vent. |

2

| circumference of a safety vent and | As shown below, the cross-sectional image and tear down image show the structure of the cap assembly that has a main gasket surrounding the outer circumference of a safety vent.  CT-scanned image of the cross-section of EVE 29V (annotations added).  Teardown images of EVE 29V (annotations added). |
| --- | --- |

| 1[b]. an auxiliary gasket surrounding the outer circumference of a current interrupt device (CID) | The EVE 29V has an auxiliary gasket surrounding the outer circumference of a current interrupt device (CID). As shown below, the cross-sectional image shows the structure of the cap assembly that has an auxiliary gasket extending beyond and surrounding the outer circumference of a CID.<br><br><br>CT-scanned image of the cross-section of EVE 29V (annotations added).<br><br>The below teardown images also indicate the auxiliary gasket extending beyond and surrounding the outer circumference of a CID. |
|---|---|

4



Teardown images of EVE 29V (annotations added).

| 1[c]. wherein a portion of the main gasket is seated on the CID and | The EVE 29V has a portion of the main gasket that is seated on the CID. As shown below, the cross-sectional image shows the structure of the cap assembly that has a portion of the main gasket (orange) seated on the CID (yellow), as indicated by the opposing red arrows. |
| --- | --- |



CT-scanned image of the cross-section of EVE 29V (annotations added).

The below teardown image also shows the main gasket seated on the CID.



| | |
|---|---|
| | Teardown image of EVE 29V (annotations added). |
| **1[d]. is supported upwardly by the auxiliary gasket to minimize the amount the main gasket sags away from the safety vent.** | The EVE 29V has a portion of the main gasket that is supported upwardly by the auxiliary gasket to minimize the amount the main gasket sags away from the safety vent. <br><br> As shown below, the cross-sectional image shows the structure of the cap assembly that has a portion of the main gasket (orange) supported upwardly by the auxiliary gasket (blue), as indicated by the red arrows, to minimize the amount the main gasket sags away from the safety vent (green). The image below shows no visible sagging (e.g., a gap) between the portion of the main gasket that abuts against the bottom of the safety vent (see purple arrows). <br><br> <br><br> CT-scanned image of the cross-section of EVE 29V (annotations added). |
| **4[pre]. A cap assembly comprising** | The EVE 29V has a cap assembly. |



As shown below, the cross-sectional image and teardown image shows the cap assembly.



CT-scanned image of the cross-section of EVE 29V (annotations added).

8



Teardown image of EVE 29V (annotations added).

| 4[a]. a main gasket surrounding the outer circumference of a safety vent and | The EVE 29V has a main gasket surrounding the outer circumference of a safety vent.<br><br>As shown below, the cross-sectional image and teardown images show the structure of the cap assembly that has a main gasket surrounding the outer circumference of a safety vent. |
|---|---|

9



CT-scanned image of the cross-section of EVE 29V (annotations added).



Teardown images of EVE 29V (annotations added).

| 4[b]. an auxiliary gasket surrounding the outer | The EVE 29V has an auxiliary gasket surrounding the outer circumference of a current interrupt device (CID). |
|---|---|

| | |
|---|---|
| **circumference of a current interrupt device (CID)** | As shown below, the cross-sectional image shows the structure of the cap assembly that has an auxiliary gasket extending beyond and surrounding the outer circumference of a CID.<br><br><br><br>CT-scanned image of the cross-section of EVE 29V (annotations added). |
| **4[c]. wherein the CID is press-fittedly mounted to the main gasket and is in direct contact with the auxiliary gasket to allow the auxiliary gasket to laterally support the main gasket.** | The EVE 29V has a CID that is press-fittedly mounted to the main gasket and is in direct contact with the auxiliary gasket to allow the auxiliary gasket to laterally support the main gasket.<br><br>As shown below, the cross-sectional image shows the structure of the cap assembly, wherein the CID (yellow) is press-fittedly mounted to the main gasket (orange), as indicated by the opposing red arrows. Further, the CID (yellow) is in direct contact with the auxiliary gasket (blue), allowing the auxiliary gasket to laterally support the main gasket, as indicated by the green arrow. |



CT-scanned image of the cross-section of EVE 29V (annotations added).

12