# EXHIBIT 9

**Exhibit 9: U.S. Patent No. 11,749,866 – EVE 50E**

This claim chart shows how each element of the independent claim of U.S. Patent No. 11,749,866 ("the '866 Patent") is met by the EVE 50E battery cell ("EVE 50E"), either literally or under the doctrine of equivalents. The materials referenced, and the citations, are merely exemplary and are not exhaustive. LG Energy Solution ("LGES") reserves the right to rely on different or additional sources and/or different or additional citations to sources that further illustrate infringement. The evidence of infringement provided below is representative in nature and subject to change as discovery commences, including expert discovery. Further, the Court has not yet construed certain claim terms of the '866 Patent. Accordingly, LGES also expressly reserves the right to supplement or amend its claim charts as discovery progresses.

| Claims | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]. A secondary battery comprising:** | The EVE 50E is a secondary battery. *See e.g.,*<br><br><br><br>As indicated by EVE Energy North America, the EVE 50E is a "lithium-ion rechargeable" battery, which is a secondary battery. |

1



*See* https://www.evebatteryusa.com/lithium-ion (last accessed June 12, 2026).

**CYLINDRICAL NCM CELL SPECIFICATIONS**

| Cell Model | Capacity (Ah) | Nominal Voltage (V) | Max. Cont. Charge/Discharge | Pulse Charge/Discharge | Height (mm) | Diameter (mm) | Weight (g) |
|---|---|---|---|---|---|---|---|
| 50E (21700) | 5 | 3.65 | 1C/3C | | 70.3 | 21.25 | 69 |

*See* https://www.evebatteryusa.com/18650-and-21700-specifications. (last accessed June 12, 2026).

| 1[a]. an electrode assembly; | The EVE 50E includes an electrode assembly.

As shown below, the cross-section image shows an electrode assembly. |

<table>
<tr><td></td><td>

CT-scanned image of the cross-section of EVE 50E (annotations added).</td></tr>
<tr><td>**1[b]. a can member configured to**</td><td>The EVE 50E includes a can member configured to accommodate the electrode assembly.</td></tr>
</table>

3

| | |
|---|---|
| **accommodate the electrode assembly therein; and** | As shown below, the cross-section image shows a can member enclosing, and thus configured to accommodate, the electrode assembly.<br><br><br><br>CT-scanned image of the cross-section of EVE 50E (annotations added). |

4

| | |
|---|---|
| **1[c]. a top cap assembly configured to cover an opening of the can member,** | The EVE 50E includes a top cap assembly configured to cover an opening of the can member.<br><br>As shown below, the cross-section image shows a top cap assembly covering an opening of the can member.<br><br><br><br>CT-scanned image of the cross-section of EVE 50E (annotations added). |
| **1[d]. wherein the top cap assembly comprises a top cap positioned at an uppermost portion and a safety vent part positioned below the top cap,** | The EVE 50E includes the top cap assembly that comprises a top cap positioned at an uppermost portion and a safety vent part positioned below the top cap.<br><br>As shown below, the cross-section image shows the top cap assembly that consists of a top cap (red) at the top and a safety vent (green) positioned below the top cap. |

5



| | |
|---|---|
| | CT-scanned image of the cross-section of EVE 50E (annotations added). |
| **1[e]. wherein the safety vent part comprises:** | The EVE 50E includes a safety vent part.<br><br>As shown below, the cross-section image shows the safety vent part.<br><br>CT-scanned image of the cross-section of EVE 50E (annotations added). |

6

| | |
|---|---|
| **1[e1]. a rupture portion configured to be ruptured when an internal pressure within the can member exceeds a predetermined pressure, the rupture portion including a first section and a second section;** | The EVE 50E includes a safety vent part, which comprises a rupture portion configured to be ruptured when an internal pressure within the can member exceeds a predetermined pressure, the rupture portion including a first section and a second section.<br><br>As shown below, the cross-section image shows a rupture portion (orange) within the safety vent part with a first section (green) and a second section (yellow). This image shows the rupture portion in its *pre*-rupture state.<br><br><br>CT-scanned image of the cross-section of EVE 50E (annotations added).<br><br>As shown below, the cross-section image shows the rupture portion (orange) *after* rupturing, when the can member exceeds a predetermined pressure of about 2 MPa.<br><br><br>CT-scanned image of the cross-section of EVE 50E after rupturing (annotations added). |

7

| | |
|---|---|
| **1[e2]. a rupture notch portion that defines a boundary of the rupture portion; and** | The EVE 50E includes a safety vent part, which comprises a safety vent part, which comprises a rupture notch portion that defines a boundary of the rupture portion.<br><br>As shown below, the cross-section image shows a rupture notch portion (blue) that defines the end of the rupture portion (orange).<br><br><br>CT-scanned image of the cross-section of EVE 50E (annotations added). |
| **1[e3]. a bending notch portion which is disposed at a position spaced apart from the rupture notch portion toward a center of the rupture portion on a bottom surface of the rupture portion facing an inside of the can member, the bending notch portion** | The EVE 50E includes a safety vent part, which comprises a bending notch portion which is disposed at a position spaced apart from the rupture notch portion toward a center of the rupture portion on a bottom surface of the rupture portion facing an inside of the can member, the bending notch portion separating the first section and the second section.<br><br>As shown below, the cross-section image shows a bending notch portion (magenta) separating the first section (green) and the second section (yellow), within the rupture portion (orange).  The bending notch portion is located at a distance spaced apart from the rupture notch portion (blue) toward a center of the rupture portion.  Further, the bending notch portion is located on a bottom surface of the rupture portion facing an inside of the can member. |

| | |
|---|---|
| **separating the first section and the second section,** |  CT-scanned image of the cross-section of EVE 50E (annotations added). |
| **1[f]. wherein the bending notch portion is bent when the internal pressure within the can member increases such that the first section is moved at least partially above the bending notch portion when the internal pressure is equal to the predetermined pressure.** | The EVE 50E includes the bending notch portion that is bent when the internal pressure within the can member increases such that the first section is moved at least partially above the bending notch portion when the internal pressure is equal to the predetermined pressure. As shown below, the cross-section image shows a bending notch portion (magenta) that is bent as a result of internal pressure.  At the initial state, the bending notch portion has an angle of 140° when measured from the left, and an angle of 135° when measured from the right.  After internal pressure within the can member increases to approximately 1 MPa, the CID is activated such that it begins to move upward, thereby causing the angles of bending notch portion to change to 135° on the left and 130° on the right.  The decrease in the measured angles reflects an upward bending of the bending notch portion, which in turn causes the first section (green) to rise relative to the bending notch portion. Because the bending notch portion acts as a pivot point, as the angles decrease, the first section necessarily moves upward relative to the bending notch portion itself, i.e., at least partially above it. |

9



CT-scanned image of the cross-section of EVE 50E (annotations added).



CT-scanned image of the cross-section of EVE 50E with the internal pressure at around 1 MPa (annotations added).

Subsequently, at the rupturing pressure of approximately 2MPa, the rupture portion further lifts up (red arrow), such that the first section (green) is moved at least partially above the bending notch portion, in particular, the bending notch portion on the left (magenta).



CT-scanned image of the cross-section of EVE 50E with the internal pressure at around 2 MPa (annotations added).