# EXHIBIT 12

**Exhibit 12: U.S. Patent No. 12,412,965 – EVE 40PL**

This claim chart shows how each element of the independent of U.S. Patent No. 12,412,965 ("the '965 Patent") is met by the EVE 40PL battery cell ("EVE 40PL"), either literally or under the doctrine of equivalents. The materials referenced, and the citations, are merely exemplary and are not exhaustive. LGES reserves the right to rely on different or additional sources and/or different or additional citations to sources that further illustrate infringement. The evidence of infringement provided below is representative in nature and subject to change as discovery commences, including expert discovery. Further, the Court has not yet construed certain claim terms of the '965 patent. Accordingly, LGES also expressly reserves the right to supplement or amend its claim charts as discovery progresses.

| Claims | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]. A cylindrical battery, comprising:** | The EVE 40PL is a cylindrical battery, as shown in the side and partial top views of the battery below.<br><br> |
| **1[a]. an electrode assembly in which a first electrode, a second electrode, and a separator interposed therebetween are wound around a winding axis of the electrode assembly, so as to define a hollow core** | The EVE 40PL includes an electrode assembly in which a first electrode, a second electrode, and a separator interposed therebetween are wound around a winding axis of the electrode assembly, so as to define a hollow core and an outer circumference of the electrode assembly.<br><br>As shown below, for example, the EVE 40PL includes an electrode assembly having a first electrode (e.g., labeled "Negative Electrode (Anode)"), second electrode (e.g., labeled "Positive Electrode (Cathode)"), and a separator interposed therebetween. |

| | |
|---|---|
| **and an outer circumference of the electrode assembly; and** |

As further shown below, these elements are wound around a winding axis (inside the yellow circle and extending into the page) of the electrode assembly, so as to define a hollow core (also inside the yellow circle) and an outer circumference (blue circle) of the electrode assembly. |

| | |
|---|---|
| |   |
| **1[b]. a cylindrical battery housing accommodating the electrode assembly,** | The EVE 40PL includes a cylindrical battery housing accommodating the electrode assembly. <br><br> For example, as shown in the below cross-sectional image on the right, the battery housing is the white border at the left and right edges of the battery, and the housing accommodates the electrode assembly (see red arrow).  The image on the left shows a side view of the battery, which confirms that it is cylindrical |



| | |
|---|---|
| **1[c]. wherein a cross-section of the electrode assembly perpendicular to a winding axis direction includes a first fan-shaped region and a second fan-shaped region,** | The EVE 40PL includes cross-section of the electrode assembly perpendicular to a winding axis direction includes a first fan-shaped region and a second fan-shaped region.<br><br>As shown below, a cross section taken at the dashed-white line shows a cross-section of the electrode assembly perpendicular to the winding axis direction (vertical in the image on the left), and the cross section includes a first fan shaped region ("stress vulnerable region") and a second fan shaped region ("stress amplification region"). |



| 1[d]. wherein the first fan-shaped region is defined by a first straight line and a second straight line passing from a center of the core through a core side end of the first electrode and a core side end of the second electrode, respectively, and an outer circumference of the first fan-shaped region is defined as a stress vulnerable region, and | The EVE 40PL includes the first fan-shaped region that is defined by a first straight line and a second straight line passing from a center of the core through a core side end of the first electrode and a core side end of the second electrode, respectively, and an outer circumference of the first fan-shaped region is defined as a stress vulnerable region.<br><br>This is shown in the below cross-sectional image of the battery, for example, where the first fan-shaped region is defined by a first and a second straight line (both green) passing from a center of the core (white dot) through core side ends of the first and second electrodes (the ends are indicated by blue and red circles), and an outer circumference (see curved white line extending between the distal ends of the green lines), which together show a stress vulnerable region. |



| | |
|---|---|
| **1[e]. wherein the second fan-shaped region is defined by a third straight line and a fourth straight line passing from the center of the core through an outer circumference side end of the first electrode and an outer circumference side end of the second electrode, respectively, and an outer circumference of the second fan-shaped region is defined as a stress amplification region, and** | The EVE 40PL includes a second fan-shaped region that is defined by a third straight line and a fourth straight line passing from the center of the core through an outer circumference side end of the first electrode and an outer circumference side end of the second electrode, respectively, and an outer circumference of the second fan-shaped region is defined as a stress amplification region.<br><br>This is shown in the below cross-sectional image of the battery, for example, where the second fan-shaped region is defined by a third and a fourth straight line (both purple) passing from a center of the core (white dot) through outer circumference side ends of the first and second electrodes (the ends are indicated by blue and red circles), and an outer circumferences (see curved white line extending between the distal ends of the purple lines), which together show a stress amplification region. |

14007-00002/18276026.1



| | |
|---|---|
| **1[f]. wherein the electrode assembly has a winding structure in which at least the outer circumference side end of the first electrode of the stress amplification region is spaced apart from an inside of the stress vulnerable region along a circumferential direction of the cross-section of the electrode assembly,** | The EVE 40PL includes an electrode assembly that has a winding structure in which at least the outer circumference side end of the first electrode of the stress amplification region is spaced apart from an inside of the stress vulnerable region along a circumferential direction of the cross-section of the electrode assembly.<br><br>This is shown below, for example, where the winding structure of the electrode assembly has the outer circumferential side end (see white curved line between distal ends of the purple lines) of the stress amplification region spaced apart from an inside (the triangular area between the green lines) of the stress vulnerable region along a circumferential direction of the cross-section below of the electrode assembly. |



| | |
|---|---|
| **1[g]. wherein in the winding structure, a circumferential angle of the stress vulnerable region has an angle of 30 degrees or more and 180 degrees or less, and a circumferential angle of the stress amplification region has an angle in a range of [10]-degrees to 90 degrees.** | The EVE 40PL includes in the winding structure, a circumferential angle of the green stress vulnerable region that has an angle of about 101 degrees, which is in the range of 30 degrees or more and 180 degrees or less, and a circumferential angle of the stress amplification region has an angle of about 56 degrees, which is in a range of [10] degrees to 90 degrees. |

