# EXHIBIT 13

**Exhibit 13: U.S. Patent No. 12,646,735 – EVE 40PL**

This claim chart shows how each element of the independent of U.S. Patent No. 12,646,735 ("the '735 Patent") is met by the EVE 40PL battery cell ("EVE 40PL"), either literally or under the doctrine of equivalents. The materials referenced, and the citations, are merely exemplary and are not exhaustive. LGES reserves the right to rely on different or additional sources and/or different or additional citations to sources that further illustrate infringement. The evidence of infringement provided below is representative in nature and subject to change as discovery commences, including expert discovery. Further, the Court has not yet construed certain claim terms of the '735 patent. Accordingly, LGES also expressly reserves the right to supplement or amend its claim charts as discovery progresses.

| Claims | Exemplary Evidence of Infringement |
|---|---|
| **1[a]. An electrode assembly in a jelly-roll form,** | The EVE 40PL includes an electrode assembly in a jelly-roll form.  As shown below, the EVE 40PL has an electrode assembly would into a jelly-roll form (winding indicated with blue arrows in cross-sectional view). |
| **1[b]. the electrode assembly having a separator disposed between a first electrode and a second electrode,** | The EVE 40PL includes an electrode assembly having a separator disposed between a first electrode (negative electrode, copper-colored) and a second electrode (positive electrode, silver-colored). |

<table>
<tr><td></td><td></td></tr>
<tr><td><strong>1[c]. the electrode assembly being wound about a winding axis along a longitudinal direction,</strong></td><td>The EVE 40PL includes an electrode assembly being wound about a winding axis along a longitudinal direction.  As shown below, the EVE 40PL electrode assembly is wound (indicated in blue arrows, right image) about a winding axis (red line and red dot, both images).  The winding is done along a longitudinal direction (white line, left image), as shown for example by (1) the white line in the left image and (2) the white line in the bottom image, which partially shows the electrode assembly in an unwound state.<br><br></td></tr>
</table>



| | |
|---|---|
| **1[d]. one of the first or second electrodes comprising: an electrode collector; and** | The EVE 40PL includes an electrode having has an electrode collector.  For example, the first negative electrode (copper portions and black coating) comprises an electrode collector as shown below (see copper portions, red arrow).<br><br>  |
| **1[e]. an active material coated on a coating portion of the electrode collector,** | The EVE 40PL includes an active material coated on a coating portion of the electrode collector.  As shown below, the active material (black, see red arrows) is coated on a coating portion of the electrode collector. |



| | |
|---|---|
| **1[f]. wherein the electrode collector comprises a notching tab part on which the active material is not coated, the notching tab part extending from one side of the coating portion in a width direction of the electrode collector perpendicular to the longitudinal direction,** | The EVE 40PL includes an electrode collector comprising a notching tab part on which the active material is not coated, the notching tab part extending from one side of the coating portion in a width direction of the electrode collector perpendicular to the longitudinal direction.<br><br>For example, the EVE 40PL electrode collector has a notching tab part (raised copper portions indicated in part with green bracket) extending from one side of the coating portion (black) in a width direction of the electrode collector (indicated by the blue line) perpendicular to the longitudinal direction of the electrode collector (indicated by the white line).<br><br> |



| | |
|---|---|
| **1[g]. the notching tab part only extending from a first end region of the coating portion in the longitudinal direction located at a radially outer portion of the jelly-roll form remote from the winding axis of the jelly-roll form in a radial direction,** | The EVE 40PL includes the notching tab part only extending from a first end region of the coating portion in the longitudinal direction located at a radially outer portion of the jelly-roll form remote from the winding axis of the jelly-roll form in a radial direction.<br><br>For example, as shown in detail in the second image below, when unwound, the notching part tab (see green bracket) only extends from a first end region of the coating portion (black) in the longitudinal direction.<br><br><br><br>As further shown below, when wound, the notching part tab (indicated with green bracket) is located at a radially outer portion of the jelly-roll form remote from the winding axis (red dot) of the jelly-roll form in a radial direction (see yellow line). |



| | |
|---|---|
| **1[h]. wherein the notching tab part has a plurality of notching tabs defined by cut portions where the notching tab part is cut,** | The EVE 40PL includes a notching tab part that has a plurality of notching tabs defined by cut portions where the notching tab part is cut.  As shown below, the notching tab part (copper portion) has a plurality of tabs defined by the cut portions (see, e.g., red arrow) located between each of the copper notching tabs.<br><br> |
| **1[i]. the plurality of notching tabs are arranged along the radially outer portion of the jelly-roll form such that they are spaced apart from one** | The EVE 40PL includes a plurality of notching tabs arranged along the radially outer portion of the jelly-roll form such that they are spaced apart from one another in the longitudinal direction of the electrode collector by the cut portions but overlap one another in a radial direction of the jelly-roll form. |

| | |
|---|---|
| **another in the longitudinal direction of the electrode collector by the cut portions but overlap one another in a radial direction of the jelly-roll form, and** | For example, as shown below, when unwound, the plurality of copper notching tabs are arranged such that they are spaced apart from one another (see, e.g., space identified by red arrow) in the longitudinal (horizontal) direction of the electrode collector by the cut portions (see, e.g., red arrow).<br><br><br><br>Further, as shown below, in the rolled form, the plurality of copper notching tabs (green bracket) are arranged along a radially outward portion of the jelly-roll form and overlap one another in the radial direction (yellow line) of the jelly-roll form.<br><br> |

| | |
|---|---|
| **1[j]. each of the plurality of notching tabs is bent radially inward to define bent parts that overlap one another in an axial direction of the jelly-roll form perpendicular to the radial direction and the circumferential direction to provide welding portions.** | The EVE 40PL includes that each of the plurality of notching tabs that is bent radially inward to define bent parts that overlap one another in an axial direction of the jelly-roll form perpendicular to the radial direction and the circumferential direction to provide welding portions. <br><br> For example, as shown below, the copper notching tabs are bent radially inwardly (radial direction indicated by yellow line) to define copper bent parts that overlap one another in the axial direction (see red dot, which extends into the page) of the jelly-roll form perpendicular to the radial direction (yellow line) and the circumferential direction (blue circle). <br><br>  <br><br> The copper bent portions (see green bracket in let image) provide welding portions (see red boxes in left image) for welding to a cap assembly (see right image). As shown below, the cap assembly was removed from the electrode assembly.  After removal, some of the welded portions of the copper bent portions remain joined to the cap assembly. |



| | |
|---|---|
| **10[pre]. A secondary battery comprising:** | The EVE 40PL is a secondary battery.  For example, the EVE 40PL is an energy storage device that can be charged, discharged, and recharged. |
| **10[a]. a can member; and** | The EVE 40PL includes a can member, as shown below: |

| | |
|---|---|
| |  |
| **10[b]. the electrode assembly of claim 1 accommodated in the can member,** | The EVE 40PL includes the electrode assembly of claim 1 accommodated in the can member. *See above* at Claim 1.<br><br> |
| **10[c]. wherein the bent parts are welded to the can member.** | In the EVE 40 PL the bent parts (green bracket, left image) are welded (see welding areas in red boxes, left image) to the can member via the cap assembly in the right image.  As shown below, after removal, some of the welded portions of the copper bent portions remain joined to the cap assembly. |

